**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-7397**

───────────

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

THOMAS EDWARD CARTER,

Defendant – Appellant.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen Lipton Hollander, Senior District Judge.  (1:00-cr-00100-ELH-3)

───────────

Submitted:  June 15, 2023                                        Decided:  June 20, 2023

───────────

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Thomas Edward Carter, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Edward Carter appeals the district court's order granting in part his motion for compassionate release. We have reviewed the record and discern no abuse of discretion by the district court. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (stating standard of review for compassionate release motions), *cert. denied*, 142 S. Ct. 383 (2021). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*